## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

CATHERINE A. CARLINO,                    :

    Plaintiff                              :

                    **CIVIL ACTION NO. 3:15-0372**

    v.                                     :

                    **(JUDGE MANNION)**

GEORGENE BORUSIEWICZ, *et al.*,     :

    Defendants                             :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1.  Defendants' motions to dismiss, (Doc. 58, Doc. 61) are **GRANTED** with respect to plaintiff's request for punitive damages in Count I of her SAC, (Doc. 56), and this request is **DISMISSED WITH PREJUDICE**.

2.  The motion of defendants Diehl, Appletree, Laurelwoods and Big Boulder, (Doc. 58), and the motion of defendant Borusiewicz, (Doc. 61), to dismiss plaintiff's breach of contract claim in Count II of the SAC as an intended third party beneficiary are **DENIED**.

3.  The motion of defendants Diehl, Appletree, Laurelwoods and Big Boulder, (Doc. 58), and the motion of defendant Borusiewicz, (Doc. 61), to dismiss plaintiff's breach of the implied warranty of habitability claim against all of them in Count II of the SAC are **GRANTED** and this claim is **DISMISSED WITH PREJUDICE**.

4.  All defendants are directed to file their answers to the remaining claims against them in plaintiff's SAC on or before February 26, 2016.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: February 16, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0372-01-ORDER.wpd